# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| ERNEST DRISCOLL, | : | Bankruptcy No. 07-11440DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 8th day of May 2007, this Court having held a hearing on the Motion to Extend the Automatic Stay at which the Debtors were represented by Eric Sabo, Esquire of the law offices of John Croom, Esquire ("Croom");

**And** the Debtor's wife writing to the Court that Croom had failed to file a joint petition and could not be reached to address that problem;[1]

**And** at the hearing Mrs. Driscoll testifying that she went to the Croom office and was told by a paralegal who identified himself as "Dan" that they would have to pay more money before this step was taken;

**And** upon further examination it appears that other than the bankruptcy petition, Debtor had neither signed nor seen any of his bankruptcy documents, that the Schedule I income was grossly overstated notwithstanding the provision of pay stubs and other relevant documents and that a stipulation had been entered settling a relief from stay motion without consultation with, prior authorization by or explanation to Debtor;

---

[1] The only time her calls went through is when she called from a phone that did not identify her home number. Then she could only reach "Dan" who was rude and dismissive.

**And** the Debtor wishing to discharge Croom from any further participation in his case;

It is hereby **ORDERED** that based, <u>inter</u> <u>alia</u>, on the foregoing conduct, Croom is discharged from this case and will disgorge $1,226^2$ to Ernest Driscoll in immediately available funds to be received by Mr. Driscoll by **May 11, 2007** so he can retain new counsel;[3]

**And** it is **further ORDERED** that Croom will certify payment to the Court (with a copy of the certification and payment advice to Chambers), also by May 11, 2007. Failure to do so will be a civil contempt of this Order for which further sanctions will ensue.

_Diane W. Sigmund_
_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

cc:    Judge Bruce Fox
       Judge Stephen Raslavich
       Judge Eric Frank
       Judge Richard Fehling
       Judge Jean FitzSimon

Copies to:

John H. Croom, Esquire
1616 Walnut Street, 18th Flr.
Philadelphia, PA  19102

George M. Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

---

[2] The Debtor paid $1,500 of which $274 went to the filing fee.

[3] As a result of the testimony elicited at the hearing, the United States trustee advised that an emergency motion will be filed seeking further sanctions against Croom and his paralegal "Dan" who was identified as Thomas Turner.